**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-4212**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

GEORGE HAMER, II,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Michael Stefan Nachmanoff, District Judge.  (1:24-cr-00202-AJT-1)

Submitted:  April 27, 2026                                    Decided:  July 28, 2026

Before GREGORY, WYNN, and HARRIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

**ON BRIEF:**  Geremy C. Kamens, Federal Public Defender, Salvatore M. Mancina, Assistant Federal Public Defender, Brooke S. Rupert, Assistant Federal Public Defender, OFFICE OF THE FEDERAL PUBLIC DEFENDER, Alexandria, Virginia, for Appellant. Todd W. Blanche, Deputy Attorney General, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C.; Lindsey Halligan, United States Attorney and Special Attorney, Robert K. McBride, First Assistant United States Attorney, Nicholas A. Durham, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Defendant George Hamer, II, a former U.S. Immigration and Customs Enforcement agent, was convicted after a jury trial of providing false statements during an investigation into his behavior when he lost documents related to his undercover work. On appeal, he challenges the sufficiency of the evidence presented at trial and the court's evidentiary rulings.

We have reviewed the record and find no reversible error. Accordingly, we affirm his conviction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*